IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| The Goodyear Tire & Rubber Company, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cv-50276 |
| The Pimps, a/k/a/ The Good Year Pimps, an unincorporated punk rock band, Stuart J. Johnson, an Illinois resident, Anthony David Crisman, an Illinois resident, David John Derosso, an Illinois resident, Michael Neil Hillenburg, an Illinois resident, and Todd A. Cooper, a Wisconsin resident, | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, The Goodyear Tire & Rubber Company, by and through its counsel, hereby moves that the Court enter the attached Consent Judgment. In support of this motion, Plaintiff states that this matter has settled, and all parties to the litigation have agreed to entry of the Consent Judgment as reflected in the signatures attached thereto.

Respectfully Submitted,

THE GOODYEAR TIRE & RUBBER COMPANY

Dated: January 2, 2020

/s/ Jeffrey T. Norberg
Kevin J. McDevitt
Richard B. Biagi
Jeffrey T. Norberg
NEAL & McDEVITT
1776 Ash Street
Northfield, Illinois 60093
(847) 441-9100
kmcdevitt@nealmcdevitt.com
rbiagi@nealmcdevitt.com

1

jnorberg@nealmcdevitt.com

Counsel for Plaintiff
The Goodyear Tire & Rubber Company

OF COUNSEL:
Theodore R. Remaklus (*pro hac vice*)
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 241-2324
tremaklus@whe-law.com