IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| The Goodyear Tire & Rubber Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-50276 |
| ) | |
| The Pimps, a/k/a/ The Good Year Pimps, ) | |
| an unincorporated punk rock band, ) | |
| Stuart J. Johnson, an Illinois resident, ) | |
| Anthony David Crisman, an Illinois resident, ) | |
| David John Derosso, an Illinois resident, ) | |
| Michael Neil Hillenburg, an Illinois resident, and ) | |
| Todd A. Cooper, a Wisconsin resident, ) | |
| ) | |
| Defendants. ) | |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

The Goodyear Tire & Rubber Company ("Goodyear"), The Pimps ("The Pimps"), and Stuart J. Johnson, Anthony David Crisman, David John Derosso, Michael Neil Hillenburg, and Todd A. Cooper (referred to collectively as "The Members"), having agreed to a settlement of the above-styled action on January 2, 2020, and the Court having reviewed this Consent Judgment and Permanent Injunction and been advised that the parties agree to the terms contained herein as evidenced by the signature of the parties and their respective counsel, it is hereby

**ADJUDGED AND DECREED AS FOLLOWS:**

A. Defendant, The Pimps and each of The Members, admit that (1) they breached the Settlement Agreement between the parties dated August 23, 2007, (2) the GOODYEAR trademarks, the Goodyear winged foot logo and the Goodyear Blimp trademark are valid, enforceable and famous within the meaning of 15 U.S.C. § 1125(c) and 765 ILL. COMP.

STAT. 1036/65, (3) they infringed each of those trademarks, and (4) their use of the "Goodyear" name, a winged foot/shoe design and blimp image diluted and tarnished the distinctive character of the GOODYEAR trademark, Goodyear winged foot logo and Goodyear Blimp trademark; and they shall not challenge any of Goodyear's trademarks in the future or assist a third-party in doing so.

        B.        Defendants, The Pimps and The Members, their agents, employees, successors, consultants, affiliates, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or participation with or under authority of or from them or who receive notice of this Consent Judgment and Permanent Injunction, are hereby permanently enjoined and restrained from any use of the GOODYEAR name and mark, the Goodyear winged foot logo shown below on the left and/or the Goodyear Blimp, shown below on the right, or any other colorable variation or confusingly similar to any of those marks on or

 

in connection with any advertisement, promotion, marketing and provision of musical entertainment services and/or instruments, stage props or equipment, costumes/apparel, CDs/DVDs, albums, promotional materials, posters, products sold to third parties, on or in connection with any Internet websites or social media platforms in the United States, or in any manner likely to cause confusion with any of the Goodyear trademarks

        C.        Within thirty (30) days of the date of this Consent Judgment and Permanent Injunction, Defendants shall:

        1.        deliver up for destruction all advertising and promotional materials containing any of the Goodyear marks including, without limitation, any props, musical

equipment, signs, posters, clothing, hats, posters, magnets, product labels, product packaging, CD/DVD labels, CD/DVD packaging, newspaper or other advertisements, Internet websites, social media platforms (including without limitation the Instagram page instagram.com/thegoodyearpimps), and/or any other printed or otherwise published material;

        2.      scrub from any Internet websites and/or social media sites they own and/or control, either as a group or individually, any and all references to or uses of the Goodyear/Good Year name, the winged foot/winged shoe logo and/or any blimp images; and

        3.      submit a report to the Court confirming that they have complied with the terms paragraphs (C)(1) and (C)(2) of this Consent Judgment and Permanent Injunction.

        D.      Each of the parties shall bear its/his own costs and attorney fees.

        E.      Upon stipulation of the Parties, and having reviewed the file in this case, the Court finds that the Plaintiff and Defendants have waived the findings of fact and conclusions of law required by Fed. R. Civ. P. 65(d)(1)(A).

        F.      The Court shall retain jurisdiction over Civil Action No. 19-cv-50276 for purposes of enforcement of this Consent Judgment and Permanent Injunction.

        IT IS SO ORDERED this _____ day of _____, 20__.

_____
Sara L. Ellis
Judge, United States District Court

I consent to entry of the foregoing Order.

_____      12-22-19
"The Pimps" by Stuart J. Johnson        Date

3

_____  12-20-19
Stuart J. Johnson                Date

_____  12-20-19
Anthony David Crisman            Date

_____  12-21-19
David John Derosso               Date

_____  12-21-19
Michael Neil Hillenburg          Date

_____  12-20-19
Todd A. Cooper                   Date

APPROVED:

By: _____     By: _____
Kevin J. McDevitt                       Michael F. Iasparro
NEAL & McDEVITT                         Hinshaw & Culbertson LLP
1776 Ash Street                         100 Park Avenue
Northfield, Illinois 60093              P.O. Box 1389
(847) 441-9100                          Rockford, IL 61105-1389
kmcdevitt@nealmcdevitt.com              815-490-4900
                                        miasparro@hinshawlaw.com

4